# Buehler's Fresh Foods

# Work Performance Appraisal

| | |
|---|---|
| Employee: Mindy L. Adams | Period Begins: October 15, 2008 |
| Position: 2703 Part Time Specialist  EE# 93372 | Period Ends: July 15, 2009 |
| Written by: Chuck Privara | Today's Date: July 10, 2009 |

**Instructions:** Evaluate your Employee by considering each of Buehler's Business Objectives and the core competencies shown. Using the comparative scales provided, "X" a Box to quantify your Employee's ability to consistently meet your work expectations during the current review period. Focus on actual measurables, personal goals, progress to date and potential for the future. Use the space on the right to record your observations, recommendations, or comments specific to the current review period.

## Part One: Work Performance Evaluation ... Include your observations, comments, and recommendations

| # | Competency | Rating | Comments |
|---|---|---|---|
| 1 | **Customer Relations:** Works to provide an exceptional experience that exceeds our customers' expectations. | 2 | Mindy has had a couple of customer concerns. Mindy needs to be sure she is friendly and courteous to all of her customers. |
| 2 | **Work Quality:** Able to produce desired outputs that meet our customers' requirements – as directed or required. | 3 (Met Expectations) | Mindy needs to work on her quality. She needs to check her products to make sure the customers get the best quality available. |
| 3 | **Work Quantity:** Productive, able to complete assigned tasks promptly; uses work time wisely & efficiently. | 4 | Mindy is extremely productive. She is a great organizer and uses her time wisely. |
| 4 | **Knowledge & Skill:** Understands his or her role within the team & Buehler's; has learned the required skills & continues to grow in job. | 3 (Met Expectations) | Mindy has gone above and beyond with her knowledge of the department. She strives to learn something new every day. |
| 5 | **Initiative & Follow-Through:** Requires minimal supervision; motivated; does what's required. | 3 (Met Expectations) | Mindy works well by herself. She does more than required and will do things on her own, like decorating the department. |
| 6 | **Safety:** Works smart; conscientious; responsible work habits; maintains good housekeeping, neat & orderly. | 4 | Mindy does an excellent job when cleaning the department. She keeps everything neat and organized. |
| 7 | **Attendance:** Has missed ___ Work Days during the Period provides minimum (1-Hour) Notice when absent; is reliable. | 3 (Met Expectations) | Mindy has missed some time due to illness. |
| 8 | **Punctuality:** Has reported late to work ___ times - includes returns from meal and rest breaks; gives minimum notice. | 4 | Mindy is on time every day. |
| 9 | **Appearance & Dress:** Reports for work properly groomed & dressed as required by the job. | 4 | Mindy always has a clean uniform and is very presentable. |
| 10 | **Co-Worker Relations:** Respectful, supportive, & considerate of others; is a supportive member of our work team. | 2 | Mindy needs to do her part in developing a better working relationship with all of her co-workers. |

| | | |
|---|---|---|
| 11 | **Cooperation & Flexibility:** Willing to do fair share; responsible & mature when accepting or performing assigned tasks; adjusts positively to changes, new ideas, practices, processes, or procedure.<br>1　　2　　Met Expectations　　4　　5<br>☐　　☐　　☐　　■　　☐ | Mindy does a great job adjusting to new ideas and practices. |
| 12 | **Attitude:** Positive, up-beat, and enthusiastic; wants to do a good job, goes the extra-mile for customers & team.<br>1　　2　　Met Expectations　　4　　5<br>☐　　☐　　■　　☐　　☐ | Mindy needs to be sure she comes across to her customers in a positive way. She goes the extra mile when the customer needs something special. |
| 13 | **Leadership:** Sets the pace for co-workers; takes charge; strives to be a positive example.<br>1　　2　　Met Expectations　　4　　5<br>☐　　☐　　■　　☐　　☐ | Mindy strives to be a positive example for others in the department. She needs to keep her emotions in check when dealing with others. |

**Part Two: Merit Increase Consideration . . . .** *Answer each question completely.*

| | | |
|---|---|---|
| 14 | *Employee's Composite Rating - DO NOT write in this space - Values update automatically from the Actual Scores above.*<br>1　　2　　Met Expectations　　4　　5<br>☐　　☐　　■　　☐　　☐<br>Composit Score = 3.33 | Overall - did the Employee's work performance (as measured above) meet your expectations during the Review Period? Yes<br><br>Yes |
| 15 | **Check the box that best applies**<br>a ■　"730-Hour" In-Scale consideration - Employee's work continues to merit rate improvement - *See Confirmation Form*<br>b ☐　Annual Review - Senior Full Time Employee, who merits an "Out of Scale" cents-on increase - *See Confirmation Form*<br>c ☐　Maximum Rate of Pay - Employee is at his/or Max Rate & NO rate improvement is currently available - *Go to Question 17* | |
| 16 | *If an available Merit Increase was denied, what specific improvements must be made in the Employee's daily work performance prior to the next evaluation?* | |
| 17 | *Specifically ... What do you plan to do to help this Employee improve his/her daily work performance?*<br><br>We will continue working with Mindy on photoshop. Mindy is capable of being a back-up in the department. We will start teaching her to order. | |
| 18 | *Other comments or observations you would like to include with this evaluation ...*<br><br>Mindy is very helpful and is willing to work whenever necessary, even if she is not scheduled. Mindy is an asset to the department. | |

"I, the undersigned, acknowledge I have reviewed this evaluation with my Manager or Director and we discussed the items noted concerning my daily work performance and current rate of pay . . ."

_[signature]_　　11/25/08　　　　_[signature]_　　10/31/08
Employee's Signature　　Date　　　　Manager's Signature　　Date

MINDY, STRIVE TO pUTTING THE CUSTOMER AT EASE. Thank you for Adjusting your schedule TO HELP IN Covering the department.
—Todd