**Buehler's**
*Fresh Foods*

Exhibit D

August 11, 2012

Ms. Laura L. Mills, Esq.
Attorney at Law
150 Smokerise Drive
Wadsworth, OH 44281

Re: Mindy Adams vs. Valega's Professional Home Cleaning, Inc. et. al.
United States District Court of for the Northern District of Ohio
Civil Action No 1:12CV00644

Dear Ms. Mills:

By this letter we acknowledge receipt of your August 7, 2012 subpoena received in our Office in Wooster, OH via Fax on the same day; and its authorization to provide employment and personnel information maintained on behalf of our employee, Mindy L. Adams.

Buehler Food Markets, Incorporated (Buehler's) is an Ohio corporation continuously in business since 1929 and headquartered in Wooster, OH. It operates thirteen supermarkets in northeast Ohio. I, the undersigned, am Vice President of Human Resources for Buehler's. I have worked for Buehler's continuously since 1977. By virtue of my position I am senior custodian of all employment and personnel records maintained by Buehler's on behalf of our employees.

### Employment History and Work Assignment Summary

- On October 15, 2007 Mindy Adams (Date of Birth February 3, 1972 and Social Security Number Ending ###-##-6870) was first hired to work as a Part Time Customer Service Clerk at employer's store located at 3540 Burbank Road, Wooster, OH. Ms. Adams's responsibilities are usual to her occupation and generally required her to work four to five days and 20-28 hours per week as a member of the Store's Film and Video Department team while recording customers' rentals of video tapes and DVDs and operating the department's one-hour film processing equipment.

- Ms. Adams was generally regarded as a satisfactory employee. As evidenced by the enclosed Work Performance Appraisals completed at regular intervals during her employment, her work performance and work behavior usually met or exceeded employer's expectations for a Film and Video Department Customer Service Clerk. She was reliable, dependable, on-time and rarely absent. A summary of Ms. Adams's Merit Increase progression is provided below.

### Salary History

| Line | Effective Date | Hourly Rate | Notes |
|---|---|---|---|
| 1 | 10/15/2007 | $7.50 | Entry Rate |
| 2 | 12/30/2007 | $7.60 | Scale Change |
| 3 | 05/18/2008 | 8.00 | Merit Increase |
| 4 | 11/02/2008 | 8.40 | Merit Increase |
| 5 | 04/19/2009 | 8.80 | Merit Increase |

- Ms. Adams last worked on July 14, 2009. On or about June 30, 2009 she informed her Department Manager that she had obtained a job with another employer and in compliance with Buehler's minimum notice of intended quit, she would continue to work for two weeks and that July 14th would be her last day at work. Ms. Adams worked-out her notice as proffered. Her separation was recorded as a Voluntary Quit with Notice. An exit evaluation completed by her Category Manager, Chuck

Privera, noted that while she was eligible for re-employment at Buehler's, he would not recommend her for re-hire if she were to re-apply in the future.[1]

### Ms. Adams's Personnel File

- As requested, each of the relevant documents in Ms. Adams's Personnel File generated from her October 15, 2007 Hire Date through her July 14, 2009 Separation Date were copied and they are enclosed. I believe the forms speak for themselves.

---

The information provided here is warranted to be both accurate and factual. This response to your subpoena was prepared using paper and electronic Personnel and Payroll records created and maintained on Ms. Adams's behalf during her working time with our company. It is furnished in this format and lieu of our personal appearance and direct testimony, in satisfaction of the subpoena, captioned above and issued by your office. If you require additional information about Ms. Adams or her employment with our company, please contact the undersigned directly.

Sincerely,

Rick Lowe
Vice-President Human Resources
Buehler Food Markets, Incorporated
P.O. Box 196 Wooster, OH 44691-0196
Direct   330.804.1237
Cell      330.465.7714
eFax     330.804.1260
Email   Rlowe@buehlers.com

---

[1] See the Manager's Work Performance Appraisal dated July 10, 2010 and attached to Ms. Adams' Employee Termination Report and Exit Evaluation.